# EXHIBIT A

City of Chicago Building Permit

# City of Chicago
## Department of Buildings - Permits
# Building Permit

**Permit:** 100627025

**Issued:** 12/10/15

**For Work at:** 55 E WASHINGTON ST

**Description of permitted work:**
Convert eight floors (2 through 9) from E-Buisness to A-2 Multiple Dwellings (Hotel) at 55 E. Washington Street.The hotel will have a maximum of 191 rooms with ancillary services, no banquet rooms will be provided.55 EAST WASHINGTON STREET

**In an Emergency Contact:** PITTSFIELD HOTEL HOLDINGS, LLC (786)368-3733 x

| **Owner:** | **Contractor:** |
|---|---|
| PITTSFIELD HOTEL HOLDINGS, LLC | SPARTAN CONTRACTORS, INC. |
| 55 EAST WASHINGTON STREET SUITE 309 | 1538 ELLIOT STREET |
| CHICAGO IL 60602 | PARK RIDGE IL 60068 |
| (786)368-3733 x | (847)309-8508 |

*Rahm Emanuel* (signature)
Rahm Emanuel
Mayor

*Judith Frydland* (signature)
Judith Frydland
Commissioner

Permit must be displayed on job site at all times. Permit is NOT transferable. Plans must be kept on site during construction. Any changes in contractor or deviation from approved plans must be authorized by the Department of Buildings. Permit may be revoked for violation of any of the above provisions and/or all other applicable laws.

017772

**EXHIBIT A**