# EXHIBIT C

Illinois Sunshine Record

Donation to Citizens for Alderman Reilly - Illinois Sunshine

https://illinoissunshine.org/contributions/4389604/

# The Lynd Company donated **$1,500.00** to **Citizens for Alderman Reilly** on Dec 22, 2015

**Donor** The Lynd Company (/search/?term=The Lynd Company&table_name=candidates&table_name=committees&table_name=officers&table_name=receipts)

**Address** 8000 IH 10 W Suite 1200 · 78230, TX None

donated

$1,500.00

**Recipient** Citizens for Alderman Reilly (/committees/citizens-for-alderman-reilly-19263/)

**Address** PO Box 10939 · Chicago, IL 60610-0939

| Donation | |
|---|---|
| Date | Dec 22, 2015 |
| Contribution type | Donation |
| Amount | $1,500.00 |
| Donation ID | 4389604 |



By Reform for Illinois (http://www.reformforillinois.org/)

ⓘ ABOUT US (HTTP://WWW.REFORMFORILLINOIS.ORG/ABOUT/WHO-WE-ARE/)

✉ CONTACT US (HTTP://WWW.REFORMFORILLINOIS.ORG/CONTACT/)

✿ ADMIN (/ADMIN/DASHBOARD/)

♡ DONATE TO RFI'S CAUSE! (HTTP://WWW.REFORMFORILLINOIS.ORG/DONATE/)



EXHIBIT C

1/28/2019, 10:17 AM