# EXHIBIT E

## Correspondence of March 9, 2016



BRENDAN REILLY
ALDERMAN—42ND WARD

CITY COUNCIL
CITY OF CHICAGO

42ND WARD OFFICE
325 WEST HURON STREET
SUITE 510
CHICAGO, ILLINOIS 60654
TELEPHONE (312) 642-4242

CITY HALL OFFICE
CITY HALL–ROOM 200
121 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602
TELEPHONE (312) 744-3062

COMMITTEE MEMBERSHIPS

COMMITTEES, RULES AND ETHICS
FINANCE
TRANSPORTATION AND PUBLIC WAY
WORKFORCE DEVELOPMENT AND AUDIT
COMMITTEE ON ZONING
BUDGET AND GOVERNMENTAL OPERATIONS
(VICE-CHAIRMAN)

March 9, 2016

Chairman Daniel Solis
Committee on Zoning, Landmarks and Building Standards
121 N. LaSalle Street, Room 304
Chicago, IL 60602

**Re: NO. A-8198, Zoning Reclassification Map No. 1-E at 55 E. Washington Street**

Dear Chairman Solis,

I introduced this ordinance as a temporary measure to halt a building program that I believe is incompatible with this landmark structure, on this corner within the Central Business District.

The Pittsfield Building is one of our most celebrated landmarks but also one of our most problematic from a use standpoint. Over the past several years, this structure has lost its identity as a downtown office building and is now a hodge-podge of uses - from residential, to student housing, to commercial, and even some illegal, unlicensed Air BnB units.

This internal chaos has spilled out onto the surrounding streets and alleys as the historic nature of the entrances and loading cannot accommodate multiple uses. But the city and my office have been unable to properly assist this structure since in a DX, essentially every use within the downtown area is permitted.

It is my job as alderman to not only advocate for my residents and businesses but also the buildings located within my ward boundary. Buildings are uniquely vulnerable as they have no actual "voice". Just recently your Committee and its esteemed members helped me landmark Marina City. A decision I made based upon structural work that the building needed to survive and my ability to steer Adopt-a-Landmark opportunities to assist with that work. . In the instance of the Pittsfield Building, I was forced to do something I have never done before, temporarily downzone and throw a structure into non-conformance for its own protection.

I was alerted of the sale of the Pittsfield Building by potential buyers who sought my counsel on what uses I considered compatible now that we have: 1). a BRT lane along Washington, 2). continued closures on Wabash for the reconstruction of the Washington/Wabash "L" station with a streetscape improvement project to follow, and finally 3). an alley elevation along Garland Court which is used for loading by over 60 businesses and move-ins/outs for hundreds of residents. I saw an opportunity to assist new ownership with returning this structure to its previous strength as a contributing structure and not the infrastructure nightmare it has become over the years. *(Photos attached of the surrounding streets and alley)*

EXHIBIT
tabbies
E

Unfortunately, ownership chose not to meet with me even after potential buyers reported back to them that I could not support hotel use based upon: traffic impacts, limited PROW capabilities for loading, and the historic entrances which cannot be altered due to the building's landmark status. Both the Wabash and Washington entrances are inset with historic revolving doors that cannot be altered, loading occurs exterior to the building in a congested alley, and trash is also not enclosed but in several alley dumpsters that often block routine loading operations.

The Applicant has had permits pursuant to a hotel use since last year, only attending to the mechanics of the permit with the Department of Buildings, but zero consideration for traffic impacts, infrastructure, the historic fabric of the building, and compatibility with adjacent neighbors. Their attorney, Graham Grady reached out to my office for a conversation only after his client received postal notice of the downzone. My office has had conversations with Mr. Grady in preparation for an upcoming meeting with me and I look forward to working with his client to restore this structure, in every way, to its original grandeur.

I respectfully request your favorable consideration of my ordinance in order to hit the "pause" button on these changes to this important landmark structure and the surrounding PROW. I appreciate this time and opportunity to request and secure a traffic study, finally meet with the applicant, and help shape the future of this site.

Sincerely,

Brendan Reilly
Vice-Mayor
Alderman, 42nd Ward

# LEGEND

- Dedicated Bus Lane
- Bus Routes
- Protected Bike Lane
- BRT Station
- CTA Rail Station
- CTA Blue Line
- CTA Red Line
- CTA Elevated Line
- Metra Lines

J14 Jeffery Jump
20 Madison
56 Milwaukee
60 Blue Island/26th
124 Navy Pier
157 Streeterville/Taylor

Sign Says "Door Frozen, Please do not use"





VALET
VALET PARKING
NEW YORK JEWELERS

CHICAGO
ROAD CLOSED