# EXHIBIT F

## Downsizing Ordinance



# Office of the City Clerk

City Hall
121 N. LaSalle St.
Room 107
Chicago, IL 60602
www.chicityclerk.com

## Legislation Details (With Text)

| File #: | O2016-811 | | |
|---|---|---|---|
| Type: | Ordinance | Status: | Introduced |
| File created: | 2/10/2016 | In control: | Committee on Zoning, Landmarks and Building Standards |
| | | Final action: | |
| Title: | Zoning Reclassification Map No. 1-E at 55 E Washington St | | |
| Sponsors: | Reilly, Brendan | | |
| Indexes: | | | |
| Attachments: | 1. O2016-811.pdf | | |

| Date | Ver. | Action By | Action | Result |
|---|---|---|---|---|
| 2/10/2016 | 1 | City Council | Referred | |

## ORDINANCE

BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF CHICAGO:

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all of the DX-16 Downtown Mixed Use District symbols and indications as shown on Map No. 1-E in the area bounded by

East Washington Street; North Garland Court; a line 120 feet south of and parallel to East Washington Street; North Wabash Avenue,

to those of a DR-10 Downtown Residential Use District.
Common Address of Property:     55 East Washington Street

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.



EXHIBIT F