# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Pittsfield Development LLC et al. v. Adam David Lynd    Case Number: 1:19-cv-01321

An appearance is hereby filed by the undersigned as attorney for:
Pittsfield Development LLC Pittsfield Hotel Holdings LLC & Pittsfield Residential II LLC

Attorney name (type or print): Christopher Bargione

Firm: Collins Bargione & Vuckovich

Street address: 1 N LaSalle Street, Suite 300

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6185177
(See item 3 in instructions)

Telephone Number: 312-372-7813

Email Address: chris@cb-law.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 22, 2019

Attorney signature: S/ Christopher Bargione
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015