UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PITTSFIELD DEVELOPMENT, LLC, an Illinois limited liability company, PITTSFIELD RESIDENTIAL II, LLC, an Illinois limited liability company, and PITTSFIELD HOTEL HOLDINGS, LLC, an Illinois limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ADAM DAVID LYND,<br><br>Defendant. | Case No.: 1:19-cv-01321<br><br>Hon. Ruben Castillo |

**DEFENDANT'S MOTION FOR
EXTENSION OF TIME NUNC PRO TUNC**

AND NOW comes Defendant Adam David Lynd ("Lynd"), by and through his undersigned counsel, who respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 6(b)(1)(B), for an Order extending the time to respond to Plaintiffs' Complaint by one (1) day, nunc pro tunc.

In support of Lynd's motion, undersigned counsel states as follows:

1. On February 22, 2019, Plaintiffs commenced this action by filing the Complaint (Doc. 1).

2. Undersigned counsel became aware of the matter on March 6, 2019 and first spoke to Lynd regarding the Complaint on March 8, 2019.

3. Prior to the phone call with Lynd, undersigned counsel reviewed the PACER docket to determine if Lynd had been served. An affidavit of service, however, had not yet been filed.

1

4. Undersigned counsel's notes from the initial call with Lynd indicate that Lynd was served with a copy of the Summons and Complaint on March 6, 2019.

5. Based on this call, undersigned counsel calendared Lynd's deadline to file a responsive pleading for March 27, 2019 – twenty-one (21) days after service. *See* Fed. R. Civ. P. 12(a)(1).

6. On March 27, 2019, Lynd filed his Motion to Dismiss (Doc. 10).

7. After filing the Motion to Dismiss, undersigned counsel noticed that Plaintiffs had, on March 13, 2019, filed an affidavit of service that indicated Lynd was personally served on March 5, 2019, and not March 6, 2019, as undersigned counsel understood (Doc. 6).

8. If one assumes the affidavit of service is correct, then Lynd's Motion to Dismiss, filed on March 27, 2019 was filed one (1) day late.

9. The one (1) day delay in filing, however, was not made in bad faith, has not prejudiced Plaintiffs, will not delay proceedings in this matter, and was the result of undersigned counsel's belief, in good faith, that service was effectuated on Lynd on March 6, 2019, and not March 5, 2019. In light of this, good cause exists to grant Lynd, nunc pro tunc, a one (1) day extension of time to file his responsive pleading to the Complaint.

10. Most importantly, it is respectfully submitted that Lynd's one (1) day delay in filing the Motion to Dismiss will in no way prejudice Plaintiffs. *See Cherry v. Davis*, No. 12-C-4070, 2013 WL 1628236, at *3 (N.D. Ill. Apr. 15, 2013) ("Unless a [party] can demonstrate prejudice from an untimely filed motion to dismiss, a court has the discretion to consider the merits of the motion."). In fact, Plaintiffs' counsel was, pursuant to your Honor's Rules, made aware of the basis for the Motion to Dismiss on March 22, 2019.

11. Further, it should be noted that even had Lynd filed the Motion to Dismiss on March 26, 2019, the motion would have still been timely presented on April 9, 2019, which is the date Lynd's Motion to Dismiss is already scheduled to be presented to the Court (Doc. 11). *See* LR5.3(b). Moreover, the Court has not yet set a briefing schedule for the pending Motion to Dismiss. Accordingly, the one (1) day delay will not affect the proceedings in the least.

12. Undersigned counsel attempted to contact Plaintiffs' counsel on the morning of March 28, 2019 and then again in the afternoon of March 28, 2019 to obtain consent to this request. However, at the time of this filing Plaintiffs' counsel had not returned undersigned counsel's phone call.

WHEREFORE, Defendant Adam David Lynd respectfully requests that this Honorable Court enter an Order, nunc pro tunc, extending his time to file a responsive pleading by one (1) day, and deem Lynd's Motion to Dismiss (Doc. 10) to be timely filed.

DATED: March 28, 2019

        LIPPES MATHIAS WEXLER FRIEDMAN LLP

        */s/ Richard M. Scherer, Jr.*
        Richard M. Scherer, Jr.
        Attorneys for Defendant Adam David Lynd
        50 Fountain Plaza, Suite 1700
        Buffalo, NY 14202
        P: 716-853-5100
        F: 716-853-5199
        E: rscherer@lippes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2019, I electronically filed the foregoing Motion for Extension of Time, Nunc Pro Tunc via the CM/ECF system, which should then send notification of such filing to all counsel of record.

>*/s/ Richard M. Scherer, Jr.*
>Richard M. Scherer, Jr.