# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PITTSFIELD DEVELOPMENT, LLC, an Illinois limited liability company, PITTSFIELD RESIDENTIAL II, LLC, an Illinois limited liability company, and PITTSFIELD HOTEL HOLDINGS, LLC, an Illinois limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>ADAM DAVID LYND,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 1:19-cv-01321<br>)<br>)  Honorable Judge Ruben Castillo<br>)<br>)  Honorable Sidney I. Schenkier<br>)  Magistrate<br>)<br>) |

## NOTICE OF FILING

TO:    Richard M. Scherer, Jr. (rscherer@lippes.com)
         50 Fountain Plaza, Suite 1700
         Buffalo, NY 14202

PLEASE TAKE NOTICE that on the 17th day of April, 2019, we caused to be filed with the Clerk of the above Court, **FIRST AMENDED COMPLAINT**, copies of which are attached and herewith served upon you.

                                        By: /s/ Christopher Bargione
                                        One of the Attorneys for Plaintiff

Christopher Bargione (6185177)
(chris@cb-law.com)
Collins, Bargione & Vuckovich
One North LaSalle Street, Suite 300
Chicago, Illinois 60602
(312) 372-7813

## CERTIFICATE OF SERVICE

     I, Christopher Bargione, an attorney, hereby certify that on April 17, 2019, I caused the foregoing documents to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this action.

                                                 /s/ Christopher Bargione