## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Pittsfield Development LLC, et al.

                              Plaintiff,

v.                                                   Case No.: 1:19–cv–01321
                                                             Honorable Franklin U. Valderrama

Adam David Lynd

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 2, 2021:

       MINUTE entry before the Honorable Heather K. McShain: In light of the District Judge's 06/02/2021 ruling [62] granting Defendant's motion to stay discovery pending resolution of Defendant's motion to dismiss the second amended complaint, the joint status report ordered in the Court's 05/11/2021 Minute Order [60] is stricken. Joint status report due within 7 days of the District Judge's ruling on Defendant's motion to dismiss the second amended complaint to update the Court on: (a) the outcome of Defendant's motion to dismiss and, if the motion is denied (in whole or in part), a description of the discovery that remains to be completed and a proposed revised discovery schedule, if necessary; (b) the status of settlement discussions, if any; and (c) any other matters the parties believe should be brought to the Court's attention. The parties may contact chambers at any time (via email to Chambers_McShain@ilnd.uscourts.gov) should they be interesting in discussing settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.