# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Pittsfield Development, LLC; Pittsfield Residential II, LLC; and Pittsfield Hotel Holdings, LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> Adam David Lynd, <br><br> Defendant(s). | Case No. 19 CV 01321 <br> Judge Franklin U. Valderrama |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
         and against defendant(s)
         in the amount of $ ,

         which ☐ includes    pre–judgment interest.
                    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒     in favor of defendant(s) Adam David Lynd
         and against plaintiff(s) Pittsfield Development, LLC; Pittsfield Residential II, LLC; and Pittsfield Hotel Holdings, LLC,

Defendant(s) shall recover costs from plaintiff(s).

☐     other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Franklin U. Valderrama on a motion.


Date: 8/16/2021                              Thomas G. Bruton, Clerk of Court

                                                                      Claire E. Newman, Deputy Clerk