Pittsfield Development LLC, et al.
                                          Plaintiff,

v.                                                             Case No.: 1:19–cv–01321
                                                              Honorable Franklin U. Valderrama

Adam David Lynd
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 17, 2022:

      MINUTE entry before the Honorable Heather K. McShain: The District Court having terminated this case [64], the referral in this case is hereby closed. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.